# Court of Appeals
# of the State of Georgia

ATLANTA, July 10, 2024

*The Court of Appeals hereby passes the following order:*

**A24E0080.  CHRISTOPHER PRATER v. ROBERT MCBURNEY, JUDGE.**

Upon consideration of the Rule 40 (b) motion that was filed in this Court on July 9, 2024, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/10/2024

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*